Thomas A. Christensen (ARDC #6215881)
HUCK BOUMA PC
1755 South Naperville Road, Suite 200
Wheaton, Illinois 60189
630-221-1755
tchristensen@huckbouma.com
Attorney for Qui-Tam Plaintiff
TREASURY PPP RECOVERY FUND, LLC

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* TREASURY PPP RECOVERY FUND, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> GREENVILLE COLLEGE, <br><br> a Corporation. <br><br> Defendant. | Case No. 25-cv-00398-JPG <br><br> **COMPLAINT FOR VIOLATION OF FEDERAL FALSE CLAIMS ACT** <br><br> **FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730 [DO NOT PLACE ON PACER]** <br><br> **PLAINTIFF DEMANDS TRIAL BY JURY** |

## RELATOR'S MOTION TO DISMISS PURSUANT TO 31 U.S.C. 3730(b)(1)

Relator Treasury PPP Recovery Fund LLC, f/k/a Taxpayers Against Fraud LLC, for its Motion to Dismiss Pursuant to 31 U.S.C. 3730(b)(1), states as follows:

1. This is a qui tam action brought under the False Claims Act, 31 U.S.C. §§ 3729–3733.

2. Pursuant to 31 U.S.C. § 3730(b)(2), Relator filed the Complaint under seal and served the United States with the Complaint and a written disclosure of substantially all material evidence and information.

3. The United States has notified Relator of its intent to decline intervention in this action.

4. The case remains under seal, and no defendant has been served with the Complaint.

MOTION TO DISMISS
1

5. The False Claims Act provides that a qui tam action may be dismissed with the consent of the Court and the Attorney General. 31 U.S.C. § 3730(b)(1).

6. The United States has provided its written consent to dismissal of this action, subject to the condition that the dismissal is without prejudice to the United States.

7. Because no defendant has been served and no responsive pleadings have been filed, dismissal will not prejudice any party.

WHEREFORE, for the foregoing reasons, Relator respectfully requests that the Court enter the proposed order:

Dismissing this action pursuant to 31 U.S.C. § 3730(b)(1) and Rule 41(a)(2), and that such dismissal is without prejudice to the United States.


Date:  July 2, 2026                                                  By their attorney,


                                                                     /s/ Thomas A. Christensen
                                                                     Thomas A. Christensen, Esq.
                                                                     HUCK BOUMA PC
                                                                     Attorney for Plaintiff-Relator

MOTION TO DISMISS
2

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** _**ex rel.**_ **TREASURY PPP RECOVERY FUND, LLC,** | Case No. 25-cv-00398-JPG |
| Plaintiff, | **COMPLAINT FOR VIOLATION OF FEDERAL FALSE CLAIMS ACT** |
| | **FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730 [DO NOT PLACE ON PACER]** |
| vs. | |
| **GREENVILLE COLLEGE,** | **PLAINTIFF DEMANDS TRIAL BY JURY** |
| **a Corporation.** | |
| Defendant. | |

## [PROPOSED] ORDER

This cause having come before the court on the Relator's Motion to Dismiss Pursuant to 31 U.S.C. 3730(b)(1) ("The Motion") in this *qui tam* case pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), and the court being fully advised, it is hereby ORDERED as follows:

    1.    The Motion is granted;

    2.    This action is dismissed as to relator Treasury PPP Recovery fund, f/k/a, Taxpayers Against Fraud, LLC, pursuant to 31 U.S.C. § 3730(b)(1).  Said dismissal is without prejudice as to the United States;

    3.    The seal shall be lifted on the complaint, relator's motion to dismiss, and this order.

Dated: _____          _____

                                   United States District Judge

Page **1** of **1**