UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
ex rel. TREASURY PPP RECOVERY FUND LLC
f/k/a Taxpayers Against Fraud LLC,

      Plaintiff,

      v.

GREENVILLE COLLEGE,

      Defendant.

Case No. 25-cv-398-JPG

## ORDER

This case is before the Court on Relator's *Ex Parte* Motion to Dismiss Pursuant to 31 U.S.C. § 3730(b)(1) and Federal Rule of Civil Procedure 41(a)(2) (Doc. 16) and the United States' Notice of Consent to Dismissal Without Prejudice (Doc. 18). The United States has concluded that further pursuit of this case is not in the public interest or worth further expenditure of government resources at this time. In light of the Relator's and the United States' desire to terminate this action, the Court finds that the interests of justice favor dismissing this case without prejudice to the rights of the United States to reassert claims at a later date.

Accordingly, the Court **GRANTS** the motion (doc. 16), **DISMISSES** this case **without prejudice**, and **DIRECTS** the Clerk of Court to enter judgment accordingly.

Further, the Court **DIRECTS** the Clerk's Office to **UNSEAL** the Relator's Complaint, (Doc. 2), the Relator's Motion to Dismiss, (Doc. 16), the United States' Notice of Consent to Dismissal (Doc. 18), this order dismissing this action, and all subsequent filings in this action. All other documents filed in this case shall remain under seal until further order of the Court.

**IT IS SO ORDERED.**
**DATED:  July 8, 2026**

_____
**J. PHIL GILBERT**
**DISTRICT JUDGE**